# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **RITA DOWDY,** | ) | |
| | ) | |
|    **PLAINTIFF,** | ) | |
| | ) | |
| V. | ) | 1:20-cv-00783-GMB |
| | ) | |
| **LVNV FUNDING, LLC;** | ) | |
| **RESURGENT CAPITAL** | ) | |
| **SERVICES, L.P.,** | ) | |
| | ) | |
|    **DEFENDANTS.** | ) | |

## NOTICE OF SETTLEMENT

**COMES NOW**, the Plaintiff, by and through her attorney of record, and notifies the Court that a settlement has been reached between the Plaintiff and Defendants. A Notice of Dismissal should be filed within the next 30 days.

                                        /s/ *W. Whitney Seals*
                                        W. WHITNEY SEALS,
                                        Attorney for Plaintiff

**OF COUNSEL:**

**COCHRUN & SEALS, LLC**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Facsimile: (205) 323-3906
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29 June 2020, the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:


and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

**LVNV FUNDING, LLC**
c/o Registered Agent
Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

**RESURGENT CAPITAL SERVICES, L.P.**
c/o Registered Agent
Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

/s/W. Whitney Seals
OF COUNSEL