FILED
2020 Jul-30  AM 11:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **RITA DOWDY,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **1:20-cv-00783-GMB** |
| | ) | |
| **LVNV FUNDING, LLC;** | ) | |
| **RESURGENT CAPITAL** | ) | |
| **SERVICES, L.P.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

---

### PLAINTIFF'S STIPULATION OF DISMISSAL

---

**COMES NOW** the Plaintiff in the above-styled cause, by and through her attorney of record, and hereby requests that this case be dismissed with prejudice against the Defendants, with costs taxed as paid.

/s/ *W. Whitney Seals*
W. WHITNEY SEALS,
Attorney for Plaintiff

**OF COUNSEL:**

**COCHRUN & SEALS, LLC**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Facsimile: (205) 323-3906
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30 July 2020, the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:


and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

**LVNV FUNDING, LLC**
c/o Registered Agent
Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

**RESURGENT CAPITAL SERVICES, L.P.**
c/o Registered Agent
Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104


/s/W. Whitney Seals
OF COUNSEL