UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RITA DOWDY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-783-GMB |
| LVNV FUNDING, LLC, and RESURGENT CAPITAL SERVICES, LP, | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER OF DISMISSAL**

A notice of dismissal has been filed in this action before the opposing parties served either an answer or a motion for summary judgment. Doc. 12. Accordingly, it is ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is DISMISSED with prejudice, each party to bear its own costs.

DONE and ORDERED on July 30, 2020.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE